# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIK SAMUELS,** | : | |
| Petitioner, | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 21-3417** |
| **SUPERINTENDENT, SCI FAYETTE,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 17th day of December 2021, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (ECF No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 6), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's Motion for a Stay and Abeyance (ECF No. 4) is **GRANTED**;

3. The Petition for Writ of Habeas Corpus is **STAYED** and held in **ABEYANCE** while Petitioner litigates his PCRA petition in the state courts; and

4. Petitioner shall notify the District Court within thirty days of the conclusion of the state court proceedings. At that time, Petitioner shall provide a written status report detailing the conclusion of his state court proceedings, and include a copy of the relevant state court disposition. Petitioner shall inform the District Court whether the state court proceedings impacted his habeas petition in any way.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**